No. 16,914.

## Conzman, Treasurer, *v.* First National Bank of Terre Haute.

From the Vigo Circuit Court.

*A. G. Smith,* Attorney-General, *S. R. Hamill, J. O. Thomas, H. Maxwell* and *D. H. Maxwell,* for appellant.

*J. Jump, J. E. Lamb* and *J. C. Davis,* for appellee.

Coffey, J.—The question involved in this case is the same as the principal question involved in the case of *Jones, Treas.,* v. *Rushville Nat'l Bank,* 138 Ind. ——, and upon the authority of that case the judgment herein is affirmed.

Filed May 15, 1894.

---

No. 16,913.

## Hauch, Treasurer, etc., *v.* The Terre Haute Brewing Company.

From the Vigo Circuit Court.

*A. G. Smith,* Attorney-General, *H. Maxwell, D. H. Maxwell, J. O. Thomas, S. R. Hamill* and *P. M. Foley,* for appellant.

*J. E. Lamb* and *J. T. Beasley,* for appellee.

Coffey, J.—The question presented by the record in this case is the same as the principal question involved in the case of *Jones, Treas.,* v. *Rushville Nat'l Bank,* 138 Ind. ——, and upon the authority of that case, the judgment in this case is affirmed.

Filed May 17, 1894.